UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2022 MAY -9 PM 3:43

M. REGINA THOMAS
CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| IN RE: <br> TALITHA SIMMONS FLEMING, <br><br> DEBTOR, | CHAPTER 7 <br><br> CASE NO.:22-51787- LRC |
| WILLIAM C. EAKIN, <br> MOVANT, <br><br> V. <br> TALITHA SIMMONS FLEMING, <br> KATHLEEN STEIL, TRUSTEE <br> RESPONDENTS. | CONTESTED MATTER |

## MOTION OBJECTING TO DISCHARGE OF JUDGMENT LIEN AND MOTION TO DISMISS OR CONVERT CASE FOR PRESUMPTION OF ABUSE

COMES NOW WILLIAM C. EAKIN and moves this Honorable Court to enter an order denying discharge of the judgment debt owed by TALITHA SIMMONS FLEMING ("Debtor") to Movant, pursuant to 11 U.S.C. §§ 707 and §§ 727, and in support thereof, states as follows:

### I. STATEMENT OF FACTS

1.

The Court has jurisdiction of this matter under 28 U.S.C. § 1334(a) and (b), 28 U.S.C. § 157(a) and (b)(1) and 28 U.S.C. § 151. This is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (B).

2.

On March 4, 2022, Debtor commenced the underlying bankruptcy case (Case No. 22-51787-lrc) by filing a petition for relief under Chapter 7 of the United States Bankruptcy Code.

3.

The United States Trustee appointed Kathleen Steil, as Chapter 7 Trustee in this case, and she continues to serve in that capacity.

4.

The Trustee initially scheduled the § 341 Meeting of Creditors for April 6, 2022. After Debtor failed to appear, the Trustee reset the meeting to May 10, 2022. As of the filing of this Motion the 341 Meeting of Creditors is still pending.

5.

Records maintained by the Clerk of Court for the United States Bankruptcy Court reflect that Debtor has previously filed **four (4) bankruptcy cases, making the instant case her fifth filing, and her third Chapter 7 case,** to wit: Case Number 14-60899, Chapter 13 filed in Georgia Northern Bankruptcy Court on 06/02/2014, Dismissed for failure to make plan payments on 06/06/2015; Case Number 13-51065, Chapter 13 filed in Georgia Northern Bankruptcy Court on 01/18/2013, Dismissed for failure to make plan payments on 05/22/2014; Case Number 12-72051, Chapter 7 filed in Georgia Northern Bankruptcy Court on 09/01/2012, Standard Discharge on 12/13/2012; Case Number 02-12068, Chapter 7 filed in Indiana Southern Bankruptcy Court on 07/16/2002, Standard Discharge on 10/29/2002.

6.

Movant holds a judgment lien against Debtor for damages arising from Debtor's breach of two sub-leases contracts, unjust enrichment, and attorney's fees. Movant seeks repayment of sums he paid on behalf of the Debtor and that remain un-reimbursed, in the amount of $160,154.55. A copy of the Writ of FIFA that was filed and recorded in the Superior Court of Dekalb County on April 8, 2022 is incorporated hereto as Exhibit "A".

## II. CITATION OF AUTHORITY

7.

Section 707(b)(1) provides that, after notice and a hearing, the Court may dismiss a case filed by individuals whose debts are primarily consumer debts if it finds that granting relief would be an abuse of the provisions of chapter 7.

8.

Section 707(b)(2) provides a mathematical formula for the Court to objectively assess a debtor's ability to repay debts from disposable income over a 60-month period following the date of the filing of the petition. Under the Means Test, the Court calculates a debtor's current monthly income, reduces that figure by certain living expenses, and multiplies the difference by 60. If that figure is greater than $13,650, the Court must presume that the debtor's case is abusive.

9.

If a presumption of abuse arises, the debtor may rebut it only by demonstrating special circumstances, such as a serious medical condition or a call or order to active duty in the Armed Forces, to the extent such special circumstances justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative.

## III. THE PRESUMPTION OF ABUSE ARISES IN THIS CASE

10.

Based upon a review of Debtor's Bankruptcy Petition and Schedules, Movant believes that the Debtor has failed to disclose all income generated and received within the twelve (12) months prior to the filing of the instant case and thereby attempting to manipulate the correct calculation of the Means Test.

11.

Movant further believes that Debtor, being an attorney at law, knowingly and purposely failed to fully disclose and specify in her Petition the basis for the judgment against her, and the significant amount of debt owed to Movant as that would raise questions on the good faith filing of the instant case, and whether or not the debt owed to Movant should be dischargeable.

12.

Moreover, Movant believes that Debtor, intentionally failed to appear at the hearing set for November 15, 2021, at Dekalb County Courthouse, on the civil suit action against her (Civil Action File No.: 18A68278-2) to prevent an actual trial which would have resulted in the Court's entry of a final judgment for fraud which in turn could have deemed the debt owed to Movant non-dischargeable. Notice of Hearing attached hereto as Exhibit "B".

13.

Lastly, Movant brings the attention of this Honorable Court to the Debtor's intention to retain a luxury vehicle, a 2019 BMW 430i, purchased in July 2021, a mere eight (8) months before filing the instant case, and proposing a monthly payment of $742.00 for this loan, while discharging over $205,000 in debt from all other creditors.

14.

Movant moves this Court to find that the granting of relief sought through this Chapter 7 case would be an abuse of the provisions of this chapter.

WHEREFORE, Movant prays for the entry of an Order declaring the debt owed to Movant non-dischargeable, to allow Movant to pursue any legal or other action necessary to collect the funds owed by Debtor, to dismiss or convert this instant case to one under Chapter 13,

and for such further relief as the Court deems just and proper.

Dated: May 9, 2022.                        Respectfully submitted,

                                                     /s/
                               William C. Eakin
                               Movant
                               706 Highland Ave. NE
                               Atlanta, GA 30312
                               williamceakin@aol.com

EXHIBIT A

## STATE COURT OF DEKALB COUNTY

GEORGIA, DEKALB COUNTY

# WRIT OF FIERI FACIAS

William C Eakin

Plaintiff(s)

Vs

T FLeming & Associates LLC and Talitha S. Fleming, jointly and severally

Defendant(s)

| | |
|---|---|
| 18A68278-2 | CASE NUMBER |
| November 08, 2021 | JUDGMENT DATE |

Plaintiff's Attorney-Name, Address & Telephone
David J Hungeling
1718 Peachtree Street
Peachtree 25th, Suite 599
Atlanta, GA 30337
(404) 574-2466        Telephone & Area Code
FiFa in Hands of:         ATTORNEY

### CANCELLATION

The within and foregoing Fi Fa, having been paid in full the Clerk of Superior Court is hereby directed to cancel it of record this _____ day of _____, 2022

Signature:_____

Title:_____

To the Marshal of the State Court of DeKalb County or his lawful Deputies and to all and singular the Sheriffs of the State or their lawful Deputies: and to all lawful Constables of said State.

In the above styled case, and on the judgment date set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums:

| | |
|---:|---|
| $101,344.08 | Principal |
| $14,332.24 | Interest |
| $954.23 | Other |
| $43,524.00 | Attorney's Fees |
| $0.00 | Court Costs |
| $160,154.55 | Total |

**NOTE:**

With future interest of $10.62 per day from 10/20/2021 through the date of the Default Judgment.

Therefore, YOU ARE COMMANDED, that the goods and chattels, lands and tenements of said defendant(s), and ESPECIALLY/ONLY of the following described property, to wit:

You cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the State Court of this County at the next term of court, with this WRIT to render to said plaintiff(s) the principal, interest, attorney fees and cost aforesaid.

Witness the Honorable Judges of said Court.

25th day of March, 2022

2022058633    LIEN BOOK **2486**  Pg **354**
Filed and Recorded:
4/8/2022 3:28:01 PM
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

Mary Bell, Clerk of State Court of DeKalb County
By:_____ Deputy Clerk

EXHIBIT B



**STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

William Eakin VS T FLEMING & ASSOCIATES LLC, Talithia Fleming
Case Number: **18A68278**

Greetings:

You are hereby notified to set all other business aside and to appear in the courtroom of Kimberly Anderson located in Courtroom 2A, at the DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Ga. 30030, for the following case:

| | |
|---|---|
| Case Style: | William Eakin VS T FLEMING & ASSOCIATES LLC,Talithia Fleming |
| Event Type: | Non-Jury |
| Event Date: | 11/15/2021 |
| Event Time: | 9:30 AM |

Sincerely,

**R. Javoyne Hicks, Clerk**
**State Court of DeKalb County**

STATE COURT
DEKALB COUNTY,
10/7/2021 11:2(
E-FI